UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN MCDANIEL,<br><br>       Plaintiff,<br><br>v.<br><br>PRINCETON GARDENS, INC., AND REALPAGE, INC., (A.K.A. LEASINGDESK SCREENING),<br><br>       Defendants. | Case No.: 2:21-cv-04188-PBT |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Brian McDaniel and Defendant Princeton Gardens, Inc., ("Princeton Gardens") by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice as to Princeton Gardens only. All matters pertaining to RealPage, Inc., (A.K.A LeasingDesk Screening) are still ongoing.

Dated:  January 26, 2022

By:*/s/ Alla Gulchina*
Alla Gulchina, PA Bar No. 307014
The Consumer Justice Law Firm
86 Hudson Street
Hoboken, NJ 07030
T: (480) 626-1333
F: (718) 715-1750
E: agulchina@cjl.law
*Attorney for Plaintiff Brian McDaniel*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                              */s/ Alexia Bedolla*
                                              ALEXIA BEDOLLA