UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN MCDANIEL,<br><br>            Plaintiff,<br><br>v.<br><br>PRINCETON GARDENS, INC., AND REALPAGE, INC., (A.K.A. LEASINGDESK SCREENING),<br><br>            Defendants. | Case No.: 2:21-cv-04188-PBT<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HREBY GIVEN** that Plaintiff Brian McDaniel and Defendant RealPage, Inc., (A.K.A. LeasingDesk Screening ("RealPage"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated:  March 10, 2022

By:*/s/ Alla Gulchina*
Alla Gulchina, PA Bar No. 307014
The Consumer Justice Law Firm
86 Hudson Street
Hoboken, NJ 07030
T: (480) 626-1333
F: (718) 715-1750
E: agulchina@cjl.law
*Attorney for Plaintiff Brian McDaniel*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notice of such filing to all attorneys of record in this matter.

THE CONSUMER JUSTICE LAW FIRM
*/s/ Alexia M. Bedolla*