UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN MCDANIEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRINCETON GARDENS, INC., AND REALPAGE, INC., (A.K.A. LEASINGDESK SCREENING),<br><br>　　　　Defendants. | Case No.: 2:21-cv-04188-PBT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Brian McDaniel and Defendant RealPage, Inc., (A.K.A LEASINGDESK SCREENING) ("RealPage"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to RealPage, inclusive of all fees and costs.

Respectfully submitted this 31st day of March 2022

| | |
|---|---|
| THE CONSUMER JUSTICE LAW FIRM<br>By: */s/ Alla Gulchina*<br>Alla Gulchina, PA Bar No. 307014<br>Of Counsel<br>86 Hudson Street<br>Hoboken, NJ 07030<br>(480) 626-13333<br>agulchina@cjl.law<br><br><br>*Attorneys for Plaintiff*<br>Brian McDaniel | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>By: */s/Paul L. Myers*<br>Paul L. Myers, PA Bar No. 29574<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>(214) 560-5452<br>pmyers@qslwn.com<br><br><br>*Attorneys for Defendant*<br>RealPage, Inc. |

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Alla Gulchina hereby certify that the content of this document is acceptable to Paul L. Myers, counsel for Defendant RealPage, and I have obtained Mr. Myers's authorization to affix their electronic signature to this document.

THE CONSUMER JUSTICE LAW FIRM  
*/s/ Alla Gulchina*  
Alla Gulchina

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

Dated:  March 31, 2022

THE CONSUMER JUSTICE LAW FIRM  
*/s/ Alexia M. Bedolla*  
Alexia M. Bedolla
